# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.  1:22-cv-01167-ADA-SAB |
| Plaintiff, | ORDER GRANTING C. SUMMER SIMMONS' *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 8) |
| SHARON BUSHMAN, et al., | |
| Defendants. | |

The court has read and considered the application of C. Summer Simmons, attorney for Plaintiff American General Life Insurance Company, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  (ECF No. 8.)  Having reviewed the application, C. Summer Simmons' application for admission to practice *pro hac vice* is HEREBY GRANTED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

_____
UNITED STATES MAGISTRATE JUDGE