# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARON BUSHMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01167-ADA-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT RE SCHEDULING CONFERENCE<br><br>**FIVE DAY DEADLINE** |

American General Life Insurance Company ("Plaintiff") filed this interpleader action on September 13, 2022. (ECF No. 1.) On August 25, 2023, the District Judge adopted findings and recommendations and granted Plaintiff's motion for default judgment against Defendants Sharon Bushman and Heather K. Litz. (ECF No. 35.) By that order, Plaintiff was directed to pay remaining annuity payments to Defendant Micklos Lemons. A scheduling conference is currently set for October 17, 2023. (ECF No. 34.) The Court shall require Plaintiff to notify the Court of the readiness and need for a scheduling conference, and advise the Court of the status of this action following the entry of default judgment.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall notify the Court of the readiness and need to hold the October 17, 2023, scheduling conference, and advise the Court of the status of this action following the entry of default judgment.

IT IS SO ORDERED.

Dated:   **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE